No. 10,523.

HICKS v. PACK LOCK BOLT CO., ET AL.

Decided December 4, 1922. Rehearing denied January 8, 1923.

Action for accounting. Judgment for plaintiffs.

*Affirmed.*

*On Application for Supersedeas.*

1.   PLEADING—*Complaint for Accounting.* Allegations of the complaint in an action for accounting reviewed, and demurrer thereto held properly overruled.

2.   APPEAL AND ERROR—*Fact Findings.* Findings of fact by the trial
     court based on conflicting evidence will not be disturbed on
     review.

3.      *New Trial—Assignments of Error.* Errors assigned which
     were not presented in the motion for a new trial, and questions
     not mentioned in the assignments of error, cannot be considered
     on review.

*Error to the District Court of Pueblo County, Hon. James
A. Park, Judge.*

Mr. R. A. CROSSMAN, for plaintiff in error.

Messrs. ROSE & KELLY, for defendants in error.

*Department One.*

MR. JUSTICE TELLER delivered the opinion of the court.

THE defendants in error were plaintiffs in a suit against
the plaintiffs in error for an accounting. A demurrer to
the complaint was overruled, the defendant answered at
length, and the plaintiffs replied. The cause was tried to
the court without a jury and judgment entered for the
plaintiffs. Plaintiff in error has assigned a number of
errors, only one of which may, under the rules, be consid-
ered. None of the errors assigned on this record were pre-
sented on the motion for a new trial. The only alleged
error to be considered is that in the overruling of the de-
murrer to the complaint.

The complaint is in usual form, alleging the entrusting
of moneys to the defendant, the misappropriation of some
of them, and failure to account for other items. It states
a cause of action for an accounting. On the motion for
a new trial it was urged: First, that the evidence was
insufficient to sustain the judgment, and that the judg-
ment is against the law. Second, that there was error in
law occurring at the trial. Neither of these grounds for
reversal is mentioned in the assignment of errors.

There was a mass of testimony before the court on the
question at issue, and were there error properly assigned

we would not be at liberty to disturb the court's findings, based upon conflicting evidence. What the errors of law were on the trial is not stated.

The supersedeas is accordingly denied, and the judgment affirmed.

Mr. Chief Justice Scott and Mr. Justice Allen concur.